UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

____Portland____ DIVISION

____Joel Dallas Rascoe____
*(Enter full name of plaintiff)*

Plaintiff,

v.

Oregon Youth Authority, Hillcrest, Two Rivers corr fac
Oregon Juvenile Parole and Probation, Two river correctional facility
Oregon Department of corrections
multnomah county Department of corrections
Bob naquity, mike Boyles, Nicole
O'Donnel, Browdy elliot

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. __3:24-cv-01406-AA__
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes      ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Because of this attempted sexual assualt by mike bayles I had a black eye, tore out hair busted lip and still suffer mentaly to this day I reported The incedent to The manager at OYA who was doing the same stuff but I didn't know He would Punish me Bob mcGuity manager of SITP The Secure Intense treatment Program sent me to Prison after making the report and turned him self from a man to a women after I left. I suffer physcological Problems that tor my life apart. I have no trust or faith in And have a Problem with Authority and do not trust cops pos or any one system releated after getting out of hillcrest I came into The Juvinile Parole office were they laughed and said he has got another one when my Parents reported mikes strange and Inappropriate behavior they made me move with my sister

And mike end up attacking me her would pray that The Judges in Oregon let his clients go to homosexual run group homes and my friends that were there including aaron munoz suffered my parents reported this behavior and the staff at maclearn were made aware of mr Boyles and I was punished and aaron was beat tell he couldn't take it and killed himself after being sent to Imu after we were attacked a beaten for asking for heat, Because they turned on the air conditioning in a snow storm I suffered from freeze on mace and aaron munoz, Micheal Rhone both friends were beaten and sent to Imu were mike bayles fellow officer gang members beat my best friend to he killed himself I suffer physiologically in California I am Triple CMS. The only more serious is EOP.

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

### III. STATEMENT OF CLAIMS

#### Claim I

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

I was attacked by my Juvenile Parole officer and Attempted sexual ass occured my parents I ~~fotormade~~ a complaint I was removed from my Home and went on the run ~~the~~ Mike boyles came into the facility I reported his actions to Bob Mquity and my group counsler Browdy and sent to Prison After the complaint Me and aaron who was also on mike boyles case load and a victom werein add seg were they turned on the air conditioner

#### Claim II

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

and when we complained went from cell to cell assualting us

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

When I was realsed from hillcrest The Parole officers cracked jokes he has got another one they all new he was a homosexual preying on his Clients. Aaron Munoz committed succide after beatings at the hands of mike bayes friends that worked at OSP were he was sent I lost my

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

best friend. My life was tor apart The People we were Supposed to trust and help us become better They were sexual predators and The People who could have intervened turned on us and Punished us for not wanting to be victoms

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

500,000.00

And I beleve or ask that the court assigne a Independent group to investigate complaints made against Parole officers and facilty staff in all Jails threw out Oregon

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~~~ day of August, 2024.

(Signature of Plaintiff)

Joel Rascoe #6070?3
MCIJ
11540 NE Inverness dr
Portland OR 97220

Portland Divisional Office of the Clerk
Mark O. Hatfield U.S Courthouse
1000 S.W Third Avenue Suite 740
Portland, Oregon 97204-2902